UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30093-MAP

| | |
|---|---|
| COLLEEN A. CLOUTIER and DONALD L. CLOUTIER,<br>　　　　Plaintiffs<br>v.<br><br>TRUSTEES OF MILLBANK PLACE CONDOMINIUM TRUST, HAMPSHIRE PROPERTY MANAGEMENT GROUP, INC. and MARCUS, ERRICO, EMMER & BROOKS, P.C.,<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFFS' MOTION TO EXTEND DEADLINE FOR FILING OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COUNTS I, III, IV, V, VI AND VII TO MAY 17, 2005

Now comes, the Plaintiffs, Colleen A. Cloutier and Donald L. Cloutier (hereinafter, the "Cloutiers" or "Plaintiffs") and moves this Court to extend the deadline to file its Opposition to the Defendants' Motion to Dismiss Counts I, III, IV, V, VI and VII (hereinafter, "Motion to Dismiss"), and as grounds, the Plaintiffs state as follows:

1. On April 28, 2005, the Defendants filed their Motion to Dismiss. The Defendants seek to dismiss six (6) of the Defendants eight (8) counts.

2. The Defendants have raised issues on many substantive areas of law. To adequately respond to these issues, the Plaintiffs need until May 17, 2005 to prepare its opposition.

3. In addition, the undersigned has a trial scheduled in the United States Bankruptcy Court in Case Number 04-45458, <u>In re: Petricca</u> on May 12, 2005 which is the deadline for responding to the Motion to Dismiss.

WHEREFORE, the Plaintiffs respectfully requests that the Court allow their Motion to Extend the Deadline for Filing Opposition to Defendants' Motion to Dismiss until May 17, 2005, and for further relief as this Court deems just.

        COLLEEN A. CLOUTIER and
        DONALD L. CLOUTIER
        By Their Attorney

Dated: May 12, 2005
        /s/ Joseph J. Lange
        Joseph J. Lange, Esquire, BBO #564577
        Lyon & Fitzpatrick, LLP
        14 Bobala Road, 4th Floor
        Holyoke, MA 01040
        (413) 536-4000 - Fax (413) 536-3773
        E-mail: jlange@lyonfitzpatrick.com

ASSENTED TO:

/s/ Paul J. Barresi, (as authorized by Joseph J. Lange)
Paul J. Barresi, Esquire - BBO# 566757
Marcus, Errico, Emmer & Brooks, P.C.
45 Braintree Hill Office Park #107
Braintree, MA 02154
(781) 843-5000 - Fax (781) 843-1529

-2-

## CERTIFICATE OF SERVICE

I, Joseph J. Lange, Esquire, hereby certify that on May 12, 2005, I served the within **Plaintiffs' Motion to Extend Deadline for Filing Opposition to Defendants' Motion to Dismiss Counts I, Iii, Iv, V, Vi and Vii to May 17, 2005** upon all parties of interest in this case by mailing first class, postage prepaid or via electronic filing, thereof to:

Paul J. Barresi, Esquire - BBO# 566757
Marcus, Errico, Emmer & Brooks, P.C.
45 Braintree Hill Office Park #107
Braintree, MA 02154


/s/ Joseph J. Lange
Joseph J. Lange, Esquire

U:\WP80\C\Cloutier\Motion to Extend Deadline for Filing Opposition.wpd