✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLLEEN CLOUTIER, et al.<br><br>V.<br><br>TRUSTEES OF MILLBANK PLACE CONDOMINIUM TRUST, et al. | **NOTICE**<br><br>CASE NUMBER:   05-30093-MAP |

TYPE OF CASE:

☒  **CIVIL**          **CRIMINAL**

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |
|  | July 15, 2005, at 10:00 a.m. |

TYPE OF PROCEEDING

HEARING ON MOTION TO DISMISS

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three |  |  |

SARAH A. THORNTON, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

May 25, 2005                                                  /s/ _____  /s/ Bethaney A. Healy
DATE                                                                   (BY) DEPUTY CLERK

TO:     ALL  COUNSEL OF RECORD