# LYON & FITZPATRICK, LLP
## ATTORNEYS AND COUNSELORS AT LAW

ARCHER B. BATTISTA
JAMES F. DONNELLY
PETER C. CONNOR
PRISCILLA FIFIELD CHESKY
ROBERT C. SACCO
JOSEPH J. LANGE

WHITNEY PLACE
14 BOBALA ROAD
HOLYOKE, MASSACHUSETTS 01040

TELEPHONE (413) 536-4000
FACSIMILE (413) 536-3773

www.lyonfitzpatrick.com

OF COUNSEL

WILLIAM D. FITZPATRICK
CHRISTINE A. CAHILLANE

CLARKE S. LYON
(1920 - 2002)

September 6, 2005

Clerk's Office
United States District Court
1550 Main Street
Springfield, MA  01103

      re:    **Colleen Cloutier, et al v. Trustees of Millbank Place Condominium Trust, et al**
            **Docket No: 05-30093-MAP**

Dear Sir/Madam:

In regards to the above-named matter, I have spoken to counsel for the Defendant and I have the following to report. The parties have spoken and could not reach a settlement, and do not wish to pursue court-sponsored mediation. Therefore, the Motion to Dismiss filed by the Defendants is ripe for a decision by Magistrate Judge Neiman as the Defendants have not filed a supplemental brief to the Motion to Dismiss which was due on August 18, 2005.

If you should have any questions, please do not hesitate to this office.

Very truly yours,

Joseph J. Lange

JJL:kag
cc:    Mr. and Mrs. Donald Cloutier
        Paul J. Barresi, Esquire

U:\WP80\C\Cloutier\Letters-2005\05-09-01 Ltr to USDC.doc