UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30093-KPN

| | |
|---|---|
| *COLLEEN A. CLOUTIER and DONALD L. CLOUTIER,* <br>       Plaintiffs <br> v. <br><br> *TRUSTEES OF MILLBANK PLACE CONDOMINIUM TRUST, HAMPSHIRE PROPERTY MANAGEMENT GROUP, INC. and MARCUS, ERRICO, EMMER & BROOKS, P.C.,* <br>       Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STATEMENT PURSUANT TO FEDERAL RULES OF
CIVIL PROCEDURE 16B AND LOCAL RULE 16.1**

Counsel for all parties conferred in compliance with Federal Rules of Civil Procedure 16B and Local Rule 16.1. This statement is filed pursuant to Local Rule 16.1B(1).

The parties discussed an agenda for the scheduling conference. The agenda proposed by the parties is as follows:

**A.      Agenda**

      1.      Schedule of discovery between the parties;

      2.      Possible third party discovery;

      3.      Alternate dispute resolution;

      4.      Pre-Trial schedule;

      5.      Trial by magistrate; and

6.      Whether this proceeding should proceed as a class action.

The parties have discussed a discovery plan which is set forth below assuming that the case is not certified as a class action suit.

**B.      Trial by Magistrate Judge**

As already agree to, the parties will proceed before a magistrate judge on any matter in this action.

**C.      Settlement Offer**

The Plaintiff has forwarded to the Defendants a settlement proposal prior to the date of this conference.

**D.      Mandatory Discovery**

The parties agree that mandatory disclosure as required under Local Rule 26.2A will be completed by all parties by February 13, 2006.

**E.      Written Discovery**

The parties agree that written discovery will be due by May 15, 2006.

**F.      Non-Expert Depositions**

The parties agree that non-expert depositions will be completed by August 21, 2006.

**G.      Plaintiff's Disclosure of Expert Witnesses**

The Plaintiff states that he will disclose information regarding trial experts as required under applicable local rules and Federal Rules of Civil Procedure by September 25, 2006.

**H.      Defendant's Disclosure of Expert Witnesses**

The Defendants state that they will disclose information regarding trial experts as

required under applicable local rules and Federal Rules of Civil Procedure by October 10, 2006.

**I.**     **Completion of Expert Depositions**

The parties agree that they will complete the depositions of trial experts by November 13, 2006.

**J.**     **Dispositive Motions**

 The parties agree that all motions for summary judgment, motions to amend and other dispositive motions be filed by December 18, 2006.

**K.**     Pre-Trial Conference and trial to be scheduled following any determination on pre-trial and dispositive motions.

**L.**     **Certification under Local Rule 16.1(D)(3)**

_____The parties will file separate certifications under Local Rule 16.1 (D)(3).


THE PLAINTIFFS                                                    THE DEFENDANTS
By Their Attorneys                                                 By Their Attorneys


 /s/ Joseph J. Lange                                                /s/ Paul J. Barresi (by JJL as authorized)
Joseph J. Lange, Esq., BBO #564577                  Paul J. Barresi, Esq., BBO # 566757
Christine A. Cahillane, Esq., BBO# 647426       Marcus, Errico, Emmer & Brooks, PC
LYON & FITZPATRICK, LLP                               45 Braintree Hill Office Park #107
14 Bobala Road                                                      Braintree, MA 02154
Holyoke, MA 01040                                               Boston, MA 02210-1181
Phone 413-536-4000                                             Phone 781-843-5000
Fax 413-536-3773                                                  Fax
Jlange@lyonfitzpatrick.com                                 Pbarresi@meeb.com

Date:   January 23, 2006                                     Date:  January 23, 2006


U:\WP80\C\Cloutier\Joint PTC schedule, 1-06.wpd