UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30093-KPN

| | |
|---|---|
| COLLEEN A. CLOUTIER and DONALD L. CLOUTIER, <br>     Plaintiffs <br> v. <br><br> TRUSTEES OF MILLBANK PLACE CONDOMINIUM TRUST, HAMPSHIRE PROPERTY MANAGEMENT GROUP, INC. and MARCUS, ERRICO, EMMER & BROOKS, P.C., <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### CERTIFICATION OF PLAINTIFFS' UNDER LOCAL RULE 16.1 (D)(3)

We, Donald L. Cloutier and Colleen A. Cloutier, the Plaintiffs in the above-named matter and Plaintiffs' counsel certify and affirm that pursuant to Local Rule 16.1(D)(3), we have met and discussed this action: "(a) with a view to establishing a budget for the cost of conducting the full course - and various alternative courses - of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4."

THE PLAINTIFFS
By Their Attorneys

_____ 1/24/06
Colleen A. Cloutier     Date

_____ 1-24-06
Donald L. Cloutier      Date

JJ Lange  1/25/06
Joseph J. Lange, Esq., BBO #564577
Christine A. Cahillane, Esq., BBO# 647426
LYON & FITZPATRICK, LLP
14 Bobala Road
Holyoke, MA 01040
Phone 413-536-4000
Fax 413-536-3773
Jlange@lyonfitzpatrick.com

Date:  January 23, 2006

U:\WP80\C\Cloutier\Certification.wpd