IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

CIVIL ACTION 05-30093-MAP

COLLEEN A. CLOUTIER and DONALD L. CLOUTIER,  )
    Plaintiffs )
)
vs. )
)
TRUSTEES OF MILLBANK PLACE CONDOMINIUM )
TRUST, HAMPSHIRE PROPERTY MANAGEMENT GROUP )
INC., and MARCUS, ERRICO, EMMER & BROOKS, P.C., )
    Defendants )

## RULE 16(D)(3) CERTIFICATION – MILLBANK PLACE CONDOMINIUM TRUST

Now come the Defendant, the Trustees of Millbank Place Condominium Trust, and Attorney Paul J. Barresi, and hereby certify that:

a) they have conferred with a view toward establishing a budget for the costs of conducting the full course – and various alternative courses - of the litigation; and

b) they have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Respectfully submitted,
Counsel for the Defendants,

_____
Paul J. Barresi/BBO #566757
Marcus, Errico, Emmer & Brooks, P.C.
45 Braintree Hill Office Park #107
Braintree MA  02154
781-843-5000

DATED: January 30, 2006

Respectfully submitted,

_____
Richard ~~Spaulding~~ Moulding, Trustee
Millbank Place Condominium Trust

DATED: January 25, 2006