IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

CIVIL ACTION 05-30093-MAP

COLLEEN A. CLOUTIER and DONALD L. CLOUTIER, )
    Plaintiffs )
)
vs. )
)
TRUSTEES OF MILLBANK PLACE CONDOMINIUM )
TRUST, HAMPSHIRE PROPERTY MANAGEMENT GROUP )
INC., and MARCUS, ERRICO, EMMER & BROOKS, P.C., )
    Defendants )

### RULE 16(D)(3) CERTIFICATION – MARCUS, ERRICO, EMMER & BROOKS, P.C.

Now comes the Defendant, Marcus, Errico, Emmer & Brooks, P.C., and Attorney Paul J. Barresi, and hereby certify that:

a)    they have conferred with a view toward establishing a budget for the costs of conducting the full course – and various alternative courses - of the litigation; and

b)    they have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Respectfully submitted,
Counsel for the Defendants,

_/s/ Paul J. Barresi_
Paul J. Barresi/BBO #566757
Marcus, Errico, Emmer & Brooks, P.C.
45 Braintree Hill Office Park #107
Braintree MA  02154
781-843-5000

DATED: January 25, 2006

Respectfully submitted,

_/s/_
Richard E. Brooks, Managing
Partner - Marcus, Errico, Emmer &
Brooks, P.C.

DATED: January 25, 2006