UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COLLEEN A. CLOUTIER and )
DONALD L. CLOUTIER, )
        Plaintiffs )
)
v. )    Civil Action No. 05-30093-KPN
)
)
)
TRUSTEES OF MILLBANK PLACE )
CONDOMINIUM TRUST, HAMPSHIRE )
PROPERTY MANAGEMENT GROUP, )
INC., and MARCUS, ERRICO, EMMER )
& BROOKS, P.C., )
        Defendants )

SCHEDULING ORDER
February 7, 2006

NEIMAN, C.M.J.

The following schedule was established at the scheduling conference this day:

1. The parties shall complete their automatic disclosures by February 13, 2006.

2. All written discovery shall be completed by May 15, 2006.

3. Non-expert depositions shall be completed by August 21, 2006.

4. Counsel shall appear for a case management conference on August 28, 2006 at 10:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                    /s/ Kenneth P. Neiman
                                    KENNETH P. NEIMAN
                                    U.S. Magistrate Judge