UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COLLEEN A. CLOUTIER and DONALD L. CLOUTIER,<br>　　Plaintiffs,<br><br>v.<br><br>TRUSTEES OF MILLBANK PLACE CONDOMINIUM TRUST, HAMPSHIRE PROPERTY MANAGEMENT GROUP, INC. and MARCUS, ERRICO, EMMER & BROOKS, P.C.,<br>　　Defendants. | C.A. No. 05-30093-KPN |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the Defendants, Trustees of Millbank Place Condominium Trust, Hampshire Property Management Group, Inc., and Marcus, Errico, Emmer & Brooks, P.C., (collectively hereinafter "Defendants"), in the above captioned matter.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s Douglas A. Troyer
　　　　　　　　　　　　　　　　　　　　Douglas A. Troyer, BBO# 645134
　　　　　　　　　　　　　　　　　　　　MARCUS, ERRICO, EMMER
　　　　　　　　　　　　　　　　　　　　& BROOKS, P.C.
　　　　　　　　　　　　　　　　　　　　45 Braintree Hill Office Park, Suite 107
　　　　　　　　　　　　　　　　　　　　Braintree, MA 02184
　　　　　　　　　　　　　　　　　　　　(781) 843-5000

Date:   July 7, 2006

2

**CERTIFICATE OF SERVICE**

      I, Douglas A. Troyer, hereby certify on this 7th day of July, 2006, that I served a copy of the above document upon all interested parties by first-class mail to following:

Joseph J. Lange
Lyon & Fitzpatrick, LLP
14 Bobala Road, 4th Floor
Holyoke, Massachusetts  01040

                                      /s  Douglas A. Troyer_____
                                      Douglas A. Troyer