UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
COLLEEN A. CLOUTIER and DONALD L.           )
CLOUTIER,                                   )
      Plaintiffs,                           )
                                            )
v.                                          )
                                            )   C.A. No. 05-30093-KPN
                                            )
TRUSTEES OF MILLBANK PLACE                  )
CONDOMINIUM TRUST, HAMPSHIRE                )
PROPERTY MANAGEMENT GROUP, INC.             )
and MARCUS, ERRICO, EMMER & BROOKS,         )
P.C.,                                       )
      Defendants.                           )
_____)

**JOINT REQUEST TO MODIFY THE SCHEDULING ORDER PURSUANT TO LOCAL RULE 16.1(G) AND CONTINUE THE AUGUST 28, 2006 CASE MANAGEMENT CONFERENCE**

Pursuant to Local Rule 16.1(G) of the United States District Court for the District of Massachusetts, the Parties in the above-captioned matter, through counsel, hereby respectfully move this Honorable Court to approve the Parties' Joint Request to Modify the Scheduling Order in this matter and extend the deadline for non-expert depositions and the case management conference to the following dates:

   a.   Non-expert depositions shall be completed by September 29, 2006; and

   b.   Counsel shall appear for a case management conference on October 2, 2006 at 10:30 a.m., or to a date and time thereafter which is convenient to the Court.

In support of this Motion, the Parties state as follows:

   1.   On or about February 7, 2006, this Court held the Scheduling Conference in this matter. Pursuant to the Scheduling Order issued on February 7, 2006, the deadline

2

for the completion of all written discovery was May 15, 2006 and the deadline for the completion of non-expert depositions was set for August 21, 2006. This Court further scheduled a case management conference for August 28, 2006. The deadlines concerning; (1) the parties' disclosures of experts, (2) taking of expert depositions, (3) filing of dispositive motions, and (4) final pre-trial conference date, have yet to be set and it is Counsels' understanding that these deadlines will be established at the case management conference.

2.   The Parties have conducted several depositions of certain fact witnesses over the last few months, but want additional time in order to complete approximately three more depositions. In particular, the Defendants have noticed the depositions of the Plaintiffs and Dawn Faucher. Ms. Faucher failed to appear at her scheduled deposition and the Defendants are in the process of pursuing all avenues available to them in order to compel her appearance. The parties are also considering whether or not to take the deposition of Kim Lange, an additional fact witness, and have agreed to postpone the depositions of the Plaintiffs until the Parties have fully explore recent settlement discussions.

3.   Additionally, as identified above, the Parties have recently engaged in settlement discussions. The Parties are confident that a brief extension of the existing deadlines and the case management conference would provide the Parties ample opportunity to fully explore all options of settling the case.

4.   This is the Parties first request for modification of the scheduling order in this matter.

5. None of the Parties will be prejudiced by the allowance of the present motion.

WHEREFORE, the Parties respectfully request that the deadline for non-expert depositions be extended to September 29, 2006 and that this Court continue the August 28, 2006 Case Management conference to October 2, 2006 or to a date and time which is convenient for the Court.

Respectfully submitted,

| | |
|---|---|
| COLLEEN A. CLOUTIER and DONALD L.CLOUTIER | TRUSTEES OF MILLBANK PLACE CONDOMINIUM TRUST, HAMPSHIRE PROPERTY MANAGEMENT GROUP, INC., and MARCUS, ERRICO, EMMER & BROOKS, P.C., |
| /s Joseph J. Lange | /s Douglas A. Troyer |
| Joseph J. Lange, BBO# 564577 | Douglas A. Troyer, BBO# 645134 |
| LYON & FITZPATRICK, LLP | MARCUS, ERRICO, EMMER |
| 14 Bobala Road | & BROOKS, P.C. |
| Holyoke, MA 01040 | 45 Braintree Hill Office Park, Suite 107 |
| (413) 536-4000 | Braintree, MA 02184 |
| | (781) 843-5000 |

Date:   August 24, 2006

2