UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


COLLEEN A. CLOUTIER and        )
DONALD L. CLOUTIER,            )
    Plaintiffs )
         )
  v.      )  Civil Action No. 05-30093-KPN
         )
         )
         )
TRUSTEES OF MILLBANK PLACE     )
CONDOMINIUM TRUST, HAMPSHIRE )
PROPERTY MANAGEMENT GROUP,  )
INC., and MARCUS, ERRICO, EMMER )
& BROOKS, P.C.,                )
    Defendants )


REVISED SCHEDULING ORDER
August 25, 2006

NEIMAN, C.M.J.

  The court hereby ALLOWS the parties' joint request to modify the scheduling

order (Docket No. 21) and revises the schedule as follows:

  1.  Non-expert depositions shall be completed by September 29, 2006.

  2.  Counsel shall appear for a case management conference on October 6,

    2006 at 11:30 a.m. in Courtroom Three.  The August 28th conference is

    cancelled.

  IT IS SO ORDERED.


        /s/ Kenneth P. Neiman
        KENNETH P. NEIMAN
        U.S. Magistrate Judge