UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLLEEN A. CLOUTIER and<br>DONALD CLOUTIER,<br>        Plaintiffs<br><br>        v.<br><br>TRUSTEES OF MILLBANK PLACE<br>CONDOMINIUM TRUST, HAMPSHIRE<br>PROPERTY MANAGEMENT GROUP,<br>INC. and MARCUS, ERRICO, EMMER<br>& BROOKS, P.C.,<br>        Defendants | Civil Action No. 05-30093-KPN |

FURTHER SCHEDULING ORDER
October 6, 2006

NEIMAN, C.M.J.

The following schedule was established at the case management conference this day:

1. With regard to experts:

    a) Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by November 9, 2006.

    b) Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by December 8, 2006.

    c) All expert depositions shall be completed by January 19, 2007.

2. With regard to dispositive motions:

    a) Defendants shall file their dispositive motion, if any, by November 30, 2006.

    b) Plaintiffs' opposition to the motion for summary judgment, if any, shall be filed by December 15, 2006.

3. Trial shall commence on February 26, 2007, at 9:00 a.m.

4. The parties shall appear for a final pretrial conference on February 15, 2007, at 2:00 p.m. in Courtroom Three. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(d) and the Procedural Order entered this date.

IT IS SO ORDERED.

DATED: October 6, 2006

                                            /s/ Kenneth P. Neiman  
                                            KENNETH P. NEIMAN  
                                            Chief Magistrate Judge