**MARCUS, ERRICO, EMMER & BROOKS, P.C.**

Attorneys At Law

Suite 107
45 Braintree Hill Office Park
Braintree, Massachusetts 02184
Telephone (781) 843-5000
Facsimile (781) 843-1529
e-mail law@meeb.com
website www.meeb.com

Edmund A. Allcock•
Janet Oulousian Aronson *◊
Richard E. Brooks
William DeBear
Seth Emmer *
V. Douglas Errico †
Stephen M. Marcus
Thomas O. Moriarty *‡
Jeffrey C. Turk •

Jennifer L. Barnett
Paul J. Barresi
Katherine G. Brady °
Patrick J. Brady ‡
Laura White Brandow •
Kelly A. Charleston
Mark S. Einhorn
Alison L. Forbes
Kevin T. Garofoli ∂¤◻
Jill Sullivan Joyce †
John D. Kalish ‡
Kathryn E. Loebs
MaryLou Muirhead
Robert E. Nislick
Therese Quijano
Joseph D. Saurino
John E. Shaffer °
Douglas A. Troyer ♦

° Also admitted in CT
∂ Also admitted in DC
‡ Also admitted in FL
♦ Also admitted in ME
¤ Also admitted in MD
* Also admitted in NH
† Also admitted in NY
◊ Also admitted in RI
◻ Also admitted in VA

Boston – (617) 367-0006
Springfield – (413) 736-7500
Worcester – (508) 791-2120
New Hampshire – (603) 891-2006
Rhode Island – (401) 351-2221

Direct Dial Number
(781) 843-5000 Ext. 140
dtroyer@meeb.com

October 13, 2006

VIA FACSIMILE 413-785-0204
AND FIRST CLASS MAIL

Office of the Civil Clerk
United States District Court
Federal Building and Courthouse
1550 Main Street
Springfield, MA 01103
**Attn: Bethaney Healy
Courtroom Clerk to Magistrate Judge Kenneth P. Neiman**

Re:   Colleen A. Cloutier and Donald L. Cloutier v. Trustees of the Millbank Place Condominium Trust, et al.
U.S.D.C. Civil Action No. 05-30093-KPN

Dear Ms. Healy:

Please be advised that the Parties have agreed to mediate this matter before Judge Hillman in connection with Worcester's ADR program as discussed at the Case Management Conference in this matter. The Parties are aware that no deadlines established by the Court at the Case Management Conference will be affected. As a result, the Parties request that the mediation be scheduled as soon as possible.

Should you have any questions or require additional information, please do not hesitate to contact me.

Thank you for your attention to this matter.

Very truly yours,

MARCUS, ERRICO, EMMER & BROOKS, P.C.

Douglas A. Troyer

DAT:caj

cc:   Joseph Lange (via facsimile and first class mail)
Patricia Taylor
William O'Neil