**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

COLLEEN CLOUTIER, et al.,
      Plaintiff

V.

TRUSTEES OF MILLBANK PLACE
CONDOMINIUM TRUST, et al.,
      Defendants

CIVIL ACTION

NO.   05-30093-KPN

**ORDER OF REFERENCE
FOR
ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to Honorable Timothy Hillman     for the following ADR program:

| | |
|---|---|
| ____ EARLY NEUTRAL EVALUATION | _X_ MEDIATION |
| ____ MINI-TRIAL | ____ SUMMARY JURY TRIAL |
| ____ SETTLEMENT CONFERENCE | ____ SPECIAL MASTER |
| ____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM | |

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel in engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

October 25, 2006                                            /s/ Kenneth P. Neiman
DATE                                                        UNITED STATES MAGISTRATE JUDGE

CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | ____ | Antitrust | ____ |
| Civil Rights | ____ | Contract | ____ |
| Copyright/Trademark/Patent | ____ | Environmental | ____ |
| ERISA | ____ | FELA | ____ |
| Labor Relations | ____ | Medical Malpractice | ____ |
| Personal Injury | ____ | Product Liability | ____ |
| Shareholder Dispute | ____ | Other | _X_ |