# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

COLLEEN A. CLOUTIER, et. al.,

       Plaintiffs,                CIVIL ACTION
v.                                          NO.   05-30093-KPN

TRUSTEES OF MILLBANK, et. al.,

       Defendants,

## REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE NEIMAN

HILLMAN, M.J.

On __November 14, 2006__ I held the following ADR proceeding:

____  EARLY NEUTRAL EVALUATION        _X_  MEDIATION
____  MINI-TRIAL                                  ____  SUMMARY JURY TRIAL
____  SETTLEMENT CONFERENCE

The parties were present in person or by an authorized corporate officer.

The case was:

(X)    Settled.  Your clerk should enter a __60__ day order of dismissal.
( )    There was progress.  A further conference has been scheduled for _____.
        unless the case is reported settled prior to that date.
( )    Further efforts to settle this case at this time are, in my judgment, unlikely to be
        productive.  This case should be restored to your trial list.


November  14,  2006                           /s/ Timothy S. Hillman
Date                                            TIMOTHY S. HILLMAN, M.J.