# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

COLLEEN A. CLOUTIER, ET AL
    Plaintiff

V.                                                          CIVIL ACTION NO. 05-30093-KPN

TRUSTEES OF MILLBANK, ET AL
    Defendant

## SETTLEMENT ORDER OF DISMISSAL

NEIMAN, CMJ:

The Court having been advised on November 14,, 2006 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Sixty (60) days if settlement is not consummated.

                                          By the Court,

November 14, 2006                /s/ Mary Finn
Date                                       Deputy Clerk

(Dismissal Settlement.wpd - 12/98)                            [stlmtodism.]