UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLLEEN A. CLOUTIER and DONALD L. CLOUTIER,<br>　　Plaintiffs,<br><br>v.<br><br>TRUSTEES OF MILLBANK PLACE CONDOMINIUM TRUST, HAMPSHIRE PROPERTY MANAGEMENT GROUP, INC. and MARCUS, ERRICO, EMMER & BROOKS, P.C.,<br>　　Defendants. | C.A. No. 05-30093-KPN |

## JOINT MOTION TO EXTEND NISI PERIOD

NOW COME the Parties, by and through their attorneys, and respectfully move for an extension of time in which to file a stipulation of dismissal.

　　1.　On November 14, 2006 the Parties reported to this Court that this matter has been settled. The Parties have reached an agreement on the settlement of this action, however completion of the steps necessary to allow dismissal will take approximately 15-30 additional days.

　　2.　The Parties therefore request that this Honorable Court extend the deadline set forth in its Notice dated November 14, 2006 for an additional 30 days.

　　3.　No separate memorandum of law is necessary, as the relief requested is within the discretion of the Court.

　　WHEREFORE, the Parties respectfully requests that the Honorable Court:

　　A.　Grant this Motion;

B. Extend the deadline to file a stipulation of dismissal to February 16, 2007;

and

C. Grant such other and further relief as the Court deems just and equitable.

Respectfully submitted,

| | |
|---|---|
| COLLEEN A. CLOUTIER and<br>DONALD L. CLOUTIER | TRUSTEES OF MILLBANK PLACE CONDOMINIUM TRUST, HAMPSHIRE PROPERTY MANAGEMENT GROUP, INC., and MARCUS, ERRICO, EMMER & BROOKS, P.C., |
| /s Joseph J. Lange<br>Joseph J. Lange, BBO# 564577<br>LYON & FITZPATRICK, LLP<br>14 Bobala Road<br>Holyoke, MA 01040<br>(413) 536-4000 | /s Douglas A. Troyer<br>Douglas A. Troyer, BBO# 645134<br>MARCUS, ERRICO, EMMER<br>& BROOKS, P.C.<br>45 Braintree Hill Office Park, Suite 107<br>Braintree, MA 02184<br>(781) 843-5000 |

Date: January 11, 2007