UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLLEEN A. CLOUTIER and DONALD L. CLOUTIER,<br>    Plaintiffs,<br><br>v.<br><br>TRUSTEES OF MILLBANK PLACE CONDOMINIUM TRUST, HAMPSHIRE PROPERTY MANAGEMENT GROUP, INC. and MARCUS, ERRICO, EMMER & BROOKS, P.C.,<br>    Defendants. | C.A. No. 05-30093-KPN |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the Parties in the above-captioned action hereby stipulate to the dismissal of Plaintiffs' Complaint with Jury Demand in the above-captioned matter with prejudice, all rights of appeal being waived, and each side to bear its own attorneys' fees and without costs.

Respectfully submitted,

DEFENDANTS,

_/s/ Douglas A. Troyer_
Douglas A. Troyer (BBO# 645134)
MARCUS, ERRICO, EMMER
& BROOKS, P.C.
45 Braintree Hill Office Park, Suite 107
Braintree, MA 02184
(781) 843-5000

Dated: ~~January~~ February 6, 2007

PLAINTIFFS,

_/s/ JJ Lange_
Joseph J. Lange (BBO# 564577)
Lyon & Fitzpatrick, LLP
14 Bobala Road, 4th Floor
Holyoke, MA 01040
(413) 536-4000
(413) 536-3773 fax
E-mail: Jlange@lyonfitzpatrick.com

Dated: January 10, 2007